**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| NEWMAN DEVELOPMENT GROUP OF POTTSTOWN, LLC, | : No. 676 MAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| GENUARDI'S FAMILY MARKET, INC. AND SAFEWAY, INC., | : |
| | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.